AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20 Civ. 5349 (VSB) |
| United States Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 07/14/2020

/s/ Rebecca S. Tinio
*Attorney's signature*

Rebecca S. Tinio
*Printed name and bar number*
U.S. Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

rebecca.tinio@usdoj.gov
*E-mail address*

(212) 637-2774
*Telephone number*

(212) 637-2686
*FAX number*