July 13, 2020

**BY ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

      RE: Plaintiff's request for a status conference in *State of New York v. Department of Homeland Security,* et al., No. 20 Civ. 5349 (VSB)

Dear Judge Broderick,

      Pursuant to Rule 1(A) of the Court's Individual Rules & Practices in Civil Cases, Plaintiff files this letter to request that a status conference be held on Tuesday, July 14, 2020.

      On Monday, July 13, 2020, Plaintiff commenced this action (ECF No. 1) and filed a motion for a temporary restraining order (ECF No. 4) seeking to enjoin Defendants' implementation of *ICE's Broadcast Message: COVID-19 and Fall 2020* (July 6, 2020) ("the Directive"). The same day, Plaintiff transmitted the complaint and motion for a temporary restraining order via electronic mail to Defendants' counsel.

      Plaintiff requests a status conference so this Court may order a briefing schedule and/or interim resolution regarding Plaintiff's motion for a temporary restraining order because the Directive requires that Plaintiff and its educational institutions meet certain obligations by Wednesday, July 15, 2020. As such, Plaintiff submits that urgent action is needed.

      Respectfully submitted,

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/14/2020

LETITIA JAMES
*Attorney General of the State of New York*

Matthew Colangelo
   *Chief Counsel for Federal Initiatives*

Elena Goldstein
   *Deputy Chief, Civil Rights Bureau*

By: */s/ Morenike Fajana*
Morenike Fajana, *Special Counsel*
Steven C. Wu, *Deputy Solicitor General*
Carolyn Fast, *Special Counsel*

An order to show cause hearing is scheduled for July 15, 2020 at 10 a.m. The Court will use the following dial-in information for the conference:
Telephone # 888-363-4749; access code: 2682448

        Joel Marrero, *Assistant Attorney General*
        *(pro hac vice forthcoming)*
        Daniela Nogueira, *Assistant Attorney General*
        Office of the New York Attorney General
        28 Liberty Street
        New York, NY 10005
        Phone: (212) 416-6134
        Morenike.Fajana@ag.ny.gov

        *Attorneys for the State of New York*

**cc: (by email)**
Jeff Oestericher
Assistant United States Attorney
*Attorneys for the Defendants*