UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
STATE OF NEW YORK,                                       :
:
                            Plaintiff,    :
:
       -against-                                       :
:
UNITED STATES DEPARTMENT OF                              :      20-CV-5349 (VSB)
HOMELAND SECURITY; U.S.                                  :
IMMIGRATION AND CUSTOMS                                  :      **ORDER**
ENFORCEMENT; CHAD F. WOLF, in his                        :
official capacity as Acting Secretary of                 :
Homeland Security; and MATTHEW                           :
ALBENCE, in his official capacity as Acting              :
Director of United States Immigration and                :
Customs Enforcement,                                     :
:
                            Defendants.   :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 15, 2020, the parties appeared before the Court for a status conference. The parties notified the Court that they conferred and agreed that Defendant's rescission of the July 6 U.S. Immigration & Customs Enforcement Broadcast Message rendered Plaintiff's request for a temporary restraining order, preliminary injunction or stay moot. The parties also agreed to submit a proposed stipulation resolving the case.

       It is hereby:

       ORDERED that Plaintiff's motion for a temporary restraining order, preliminary injunction or stay pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. §705 is DENIED as moot.

IT IS FURTHER ORDERED that the parties submit a joint proposed stipulation resolving this matter by July 24, 2020.

SO ORDERED.

Dated: July 16, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge