UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
    STATE OF NEW YORK,

                           Plaintiff,

            -against-

    UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY; U.S.
    IMMIGRATION AND CUSTOMS
    ENFORCEMENT; CHAD F. WOLF, in his
    official capacity as Acting Secretary of
    Homeland Security; and MATTHEW
    ALBENCE, in his official capacity as Acting
    Director of United States Immigration and
    Customs Enforcement,

                        Defendants.
---------------------------------------------------------X

20-CV-5349 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the parties' joint stipulation of dismissal, ECF No. 32. In light of the time elapsed since that joint stipulation was filed, the parties are ORDERED to inform me by July 16, 2021, via joint letter, whether action is still necessary with regard to that joint stipulation.

SO ORDERED.

Dated: July 8, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge